**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN A CIVIL CASE

Tina Moore,

     vs.                                  Case No. 2:23-cv-347

Nationwide Children's Hospital,              **Judge Michael H. Watson**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the August 9, 2023 Opinion and Order: Plaintiff's claims are DISMISSED WITH PREJUDICE.

Date: **August 9, 2023**          **Richard Nagel, Clerk**

                              s/ Jennifer Kacsor

                            By Jennifer Kacsor/Courtroom Deputy